# United States District and Bankruptcy Courts

# For The District of Columbia

Rachel Jones

15311 Arbory Way

Laurel, MD 20707

VS.

Case: 1:20-cv-00111     Jury Demand
Assigned To : Unassigned
Assign. Date : 1/17/2020
Description: Employ. Discrim.   (H Deck)

Flik Hospitality Group

2 International Dr.

Rye Brook, NY 10573

## Complaint

In August 2012, I began working as a receptionist for Flik International stationed at Dentons Law Firm. My employer is aware that I have exhibited disability- related symptoms. In April 2018, I was given an ergonomic keyboard due to a disability but Respondent refused to move the keyboard with rotation and I was relegated to the same workstation. At the beginning of April 2019, I required regular medical treatments after normal business hours. On June 14, 2019, Respondent harassed me about taking time after work for medical appointments and I inquired about short term disability. On June 21, 2019, I was suspended. On June 25, 2019 I was discharged.

I believe I have been discriminated against based on my disability and retaliated against for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED

JAN 17 2020

Clerk, U S. District and
Bankruptcy Courts

1

I am seeking counsel for this case and I can't afford an attorney at this time. I'm requesting a trial by Jury.

I am seeking $100,000 for loss of job.

Rachel Jones

15311 Arbory Way

Laurel, MD 20707